# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JAMES EDWARD STALLINGS, JR, <br> *Plaintiff,* <br><br> v. <br><br> MANUEL CHAVEZ, JOHN OR JANE DOE 1-10, POLICE OFFICERS FOR THE WACO POLICE DEPARTMENT; JANE OR JOHN DOE 11-20, MCLENNAN COUNTY SHERIFF DEPARTMENT DEPUTIES; CITY OF WACO, COUNTY OF MCLENNAN, TEXAS, <br> *Defendants.* | CIVIL NO. 6-17-CV-00123-ADA |

## FINAL JUDGMENT

In accordance with the Order Granting Defendants' Motion to Dismiss, the Court enters its Judgment for the case as follows:

**IT IS ORDERED** that Defendants' Motions to Dismiss are **GRANTED**.

**IT IS FURTHER ORDERED** that any and all motions not previously ruled upon by the Court are **DENIED** as moot.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this judgment is **DENIED**.

**SIGNED** this 19th day of May, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1